Zheng "Andy" Liu (SBN 279327) 1660
S Amphlett Blvd. Suite 315 San Mateo,
CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Defendant Alex Zhang*

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek Lee;<br><br>        Plaintiff,<br><br>  v.<br><br>Alex Zhang;<br><br>        Defendant. | Case No.: **2:25-cv-09701**<br><br>State Court Case No.: 24STCV34170<br><br><br>**NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Alex Zhang files this Notice of Removal pursuant to 28 U.S.C. §§ 1332(a) and 1446 to effect the removal of the above-captioned action, which was commenced in the Superior Court of the State of California in and for the County of Los Angeles, and states that the removal is proper for the reasons stated below.

<u>**BACKGROUND**</u>

1.      Here, Plaintiff competitor alleges defamation to stifle competition.

2.      As background, Plaintiff Derek Lee and Defendant Alex Zhang are both YouTubers sharing audiences in the cryptocurrency space.

3.      In 2024, due to his lack of content originality, Plaintiff Lee lost a large number of subscribers to Defendant Zhang. Simply because Defendant Zhang offers more creative content and in-depth analysis of the cryptocurrency market.

4.      Seeing that his viewership tanked, Plaintiff Lee pulled this publicity stunt, suing Defendant Zhang for defamation. All in an attempt to become relevant.

5.      Namely, on December 24, 2024, Plaintiff Lee sued Defendant Zhang in the Superior Court of California for the County of Los Angeles, entitled "Derek Lee aka Blockchain Daily, an individual, v. Alex Zhang aka Alex Crypto aka bitcoinalex, an individual; and DOES 1 through 10, inclusive," Case No. 24STCV34170 (the "Action").

The allegations of the Complaint in the Action are incorporated by reference in this Notice of Removal without necessarily admitting any of them. In compliance with 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a copy of the Complaint as filed, which constitutes the entirety of the record in the Action.

6.    The Complaint asserts seven causes of action relating to Defendant Zhang's alleged defamation against Plaintiff Lee.

7.    As of October 9, 2025, the date this Notice of Removal was filed, Defendant Zhang has not been personally served with the Complaint in the Action.

8.    As further explained below, the Court has jurisdiction of this matter under 28 U.S.C. § 1332(a) because there is diversity between Plaintiff Lee and Defendant Zhang and the amount in controversy exceeds $75,000.

## DIVERSITY JURISDICTION EXISTS

9.    Plaintiff Lee is a citizen of the United State and the State of California. Defendant Zhang is a citizen of the People's Republic of China.

10.    Plaintiff Lee does not limit his damage to less than $75,000. In fact, based on Plaintiff Lee's various prayers for relief, the amount in controversy is more than $75,000.

11.    The citizenship of any Doe defendant is disregarded in the context of determining removal jurisdiction.

12.    Thus, diversity jurisdiction exists in this case.

///

**VENUE**

13.     Venue lies in the Central District of California pursuant to 28 U.S.C. §§ 1441(a) and 1446(a). This action was originally brought in the Superior Court of the State of California, County of Los Angeles, which is embraced by the Central District of California.

**THE 30-DAY TIME PERIOD HAS NOT EXPIRED**

14.     Because Defendant Zhang has been formally served, the 30-day time period for removal was never triggered.

**NOTICE OF REMOVAL**

15.     This Notice of Removal shall be served promptly on Plaintiff and filed with the Clerk of the Superior Court of the State of California in and for the County of Santa Clara.

WHEREFORE, Defendant Lee prays that this civil action be removed from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

**DEMAND FOR JURY TRIAL**

Defendant Zhang hereby demands a jury trial on all issues so triable.

Dated: October 9, 2025

_____/s/_____
Zheng "Andy" Liu (SBN 279327)
Email: Andy.Liu@AptumLaw.us
*Attorney for Alex Zhang*

# EXHIBIT A

NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

Electronically FILED by
Superior Court of California,
County of Los Angeles
12/26/2024 12:29 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By D. Williams, Deputy Clerk

Michael Shen (SBN 219860)
*michael@chowshenlaw.com*
David P. Chow (SBN 290398)
*david@chowshenlaw.com*
**CS LAW GROUP, LLP**
800 S. Barranca Ave., #238
Covina, CA 91723
Telephone: (888) 898-8386
Facsimile: (209) 360-0095

Attorneys for Plaintiff, Derek Lee aka Blockchain Daily

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| Derek Lee aka Blockchain Daily, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Alex Zhang aka Alex Crypto aka bitcoinalex, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 24STCV34170 <br><br> Unlimited Jurisdiction <br><br> **VERIFIED COMPLAINT FOR DAMAGES:** <br><br> 1. **DEFAMATION PER SE** <br> 2. **TRADE LIBEL** <br> 3. **NEGLIGENCE** <br> 4. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** <br> 5. **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS** <br> 6. **INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE** <br> 7. **INJUNCTIVE RELIEF** <br><br> **JURY TRIAL DEMANDED** |

**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

–1–

VERIFIED COMPLAINT

1    Plaintiff Derek Lee aka Blockchain Daily, ("Plaintiff") alleges against Defendants Alex

2  Zhang aka Alex Crypto aka bitcoinalex ("Defendant") and DOES 1 through 10 and each of

3  them as follows:

4                              **GENERAL ALLEGATIONS**

5    1.    Plaintiff is and at all times herein mentioned is an individual residing in the

6  County of Orange. Plaintiff is the creator and owner of the popular YouTube channel,

7  Blockchain Daily, which was started in April 2022 and has amassed over 136,000 subscribers.

8  Plaintiff has devoted a myriad of hours over the past two (2) years in fostering and developing a

9  loyal and devoted following by providing financial information on crypto investing.  It is one of

10  the biggest Chinese crypto YouTube channels in terms of views, with over 2.5 million views a

11  month.

12    2.    Plaintiff is informed and believes that at all relevant times, Defendant has been

13  and is an individual residing in Los Angeles County, California, and is the owner of the

14  YouTube channel Bitcoin Alex with about 34,300 subscribers.

15    3.    Plaintiff is ignorant of the true names and capacities of the defendants sued

16  herein under the fictitious names DOE ONE through DOE TEN, inclusive. Plaintiff will amend

17  this Complaint to allege their true names and capacities when ascertained.

18    4.    Venue is proper in this County, as Defendant is a resident of the County of Los

19  Angeles and under information and belief the acts and/or failures to act complained of herein

20  occurred in the County of Los Angeles, in the State of California.

21

22                              **FACTUAL ALLEGATIONS**

23    5.    Plaintiff is an entrepreneur of reputable character and is engaged in the finance

24  business.  Plaintiff started a YouTube channel specifically focusing on crypto finances on or

25  about April 2022 and has uploaded about 858 videos.  Plaintiff has acquired a fine reputation on

26  the YouTube platform with over 136,000 subscribers averaging over 2.5 million views a month.

27

28

**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

–2–

VERIFIED COMPLAINT

CS LAW GROUP, LLP
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

1    6.    On or about December 7, 2024 Defendant started using his various social

2    platform to defame and make false and vicious comments about Plaintiff.  A copy is attached

3    herewith as "**Exhibit A**".

4    7.    Specifically, Defendant made the following false and defamatory statements:

5    "….Plaintiff purchase traffic on its YouTube channel and falsifying data to boost

6    subscriber counts…."

7    "….that all comments and traffic on Plaintiff's YouTube channel were fake…."

8    "….that Plaintiff manipulated its YouTube channel metrics…."

9    8.    As aforementioned, the above statements are false.  Plaintiff did not and does not

10   purchase traffic for his YouTube channel or falsify any data to boost subscriber counts.  All

11   comments and traffic on Plaintiff's YouTube channel are authentic and real.  Plaintiff does not

12   manipulate its YouTube channel metrics.

13   9.    Under information and belief, Defendant has made other, similar, false, and

14   slanderous statements about Plaintiff to third parties.

15   10.   Notably, Defendant made and uploaded two videos focusing directly on Plaintiff

16   and his YouTube channel.  A copy of the relevant portion that was transcribed is attached

17   herewith as "**Exhibit B**".

18   11.   Defendant made the following false and defamatory statements in the videos:

19   "All the comments are paid-for comments."

20   "So, his traffic 90% or more of it is purchased traffic."

21   12.   The accusations are damaging to Plaintiff's character and reputation.  Since the

22   comments and videos were made on or about December 7, 2024, over approximately 35,000

23   people have viewed Defendant's public YouTube channel.  It is very likely many of these

24   visitors have actually read Defendant's comments.  At least 1 viewer has liked Defendant's

25   video, suggesting a direct impact on Plaintiff's business reputation.

26

27

28

VERIFIED COMPLAINT

**FIRST CAUSE OF ACTION**

**DEFAMATION PER SE**

(Against All Defendants)

13.    Plaintiff repeats and re-pleads by reference all prior paragraphs of this Complaint as if fully set forth herein.

14.    On information and belief, Defendant made false and defamatory written statements about Plaintiff as alleged above to third party persons.

15.    On information and belief, Defendant further made false and defamatory oral statements about Plaintiff as alleged above to third party persons.

16.    On information and belief, those third-party persons reasonably understood the statements were about Plaintiff, as Defendant identified Plaintiff by name.

17.    On information and belief, these third-party persons reasonably understood the statements to mean that Plaintiff purchased traffic on its YouTube channel and falsified data to boost subscriber counts, as Defendant stated on his YouTube channel and upload videos, falsely, that all comments and traffic on Plaintiff's YouTube channel were fake.

18.    Furthermore, on information and belief, these third-party persons reasonably understood the statements to mean that Plaintiff's business practice is dishonest, as Defendant stated in his videos, falsely, that all the comments are paid-for comments and 90% or more of Plaintiff's traffic is purchased traffic.

19.    On information and belief, Defendant failed to use reasonable care to determine the truth or falsity of the statements about Plaintiff.

20.    On information and belief, Plaintiff has suffered harm to his property, business, trade, profession, occupation, and reputation.

21.    On information and belief, Plaintiff has also suffered in the form of feelings of shame, mortification, and/or hurt feelings.

22.    In doing the acts herein alleged, Defendant acted with oppression, fraud, malice, and in conscious disregard of the rights of Plaintiff.  Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

CS LAW GROUP, LLP
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

–4–

VERIFIED COMPLAINT

CS LAW GROUP, LLP
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

**SECOND CAUSE OF ACTION**

**TRADE LIBEL**

(Against All Defendants)

23.     Plaintiff repeats and re-pleads by reference all prior paragraphs of this Complaint as if fully set forth herein.

24.     Plaintiff's YouTube channel previously enjoyed a good reputation in the online crypto community. Plaintiff's YouTube channel was disparaged by Defendant's false assertions that Plaintiff's traffic and subscriber count were bought and falsified.  Moreover, Defendant's statements imply that Plaintiff had neglected his duties as a YouTube content creator. And finally, Defendant's statements that 90% of Plaintiff's traffic and comments were purchased, imply that Plaintiff was of dishonest and corrupt character in its business dealings.

25.     Defendant's statements are disparaging and false because Plaintiff does not falsify or manipulate YouTube metrics to increase his channel's traffic or subscribers.

26.     Furthermore, all comments and traffic on Plaintiff's YouTube channel are authentic and real.

27.     Due to Defendant's publication, since on or about December 7, 2024, Defendant's publication was read and viewed by visitors of YouTube in the Counties of Riverside, San Bernardino, Los Angeles, and Orange; and throughout the State of California and beyond.

28.     As a direct and legal result of Defendant's publication of false assertions, Plaintiff has suffered damages in respect of its property, business, trade, profession, or occupation in the amount according to proof at the time of trial.

29.     Defendant knew or should have known that at the time that he published his disparaging statements on YouTube that the statements were not true. This is because; Plaintiff took great care to cultivate subscribers and to ensure that the contents on his channel are valuable and spent considerable resources to verify the authenticity of his channel's information.  Defendant's false statements were made without legal justification, consent, or other legal excuses.

VERIFIED COMPLAINT

30.     The above-described publication was not privileged because Defendant published it with malice, hatred and ill will toward Plaintiff and the desire to injure him. Because of Defendant's malice in creating and/or publishing the disparaging statements, Plaintiff seeks punitive damages in a total amount to be established by proof at trial.

31.     Upon information and belief, Plaintiff believes that Defendant's publications will continue. Money damages will not make Plaintiff whole for the injury occasioned by these continuing statements. Unless enjoined by this Court, these false and damaging statements will continue. Despite Defendant's publications, this is a purely private matter--not a public concern--and Defendant's statements should be enjoined.

32.     An actual controversy exists between Plaintiff and Defendant in that Defendant has asserted and may continue to assert disparaging assertions on YouTube or other sites, and to third parties, and unless this Court issues declaratory relief, will continue to repeat such disparaging assertions.

**THIRD CAUSE OF ACTION**

**NEGLIGENCE**

(Against All Defendants)

33.     Plaintiff repeats and re-pleads by reference all prior paragraphs of this Complaint as if fully set forth herein.

34.     Defendant owed Plaintiff the duty to exercise reasonable care to not make the false and defamatory statements as alleged above.

35.     Defendant negligently, carelessly, and wrongfully breached his duty to exercise reasonable care when he made the false and defamatory statements about Plaintiff to third parties as alleged above.

36.     As a direct and proximate result of this breach by Defendant, Plaintiff suffered general and special damages as alleged above, including emotional distress. These damages were reasonably foreseeable to Defendant at the time they breached the above duties.

VERIFIED COMPLAINT

**FOURTH CAUSE OF ACTION**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

(Against All Defendants)

37.     Plaintiff repeats and re-pleads by reference all prior paragraphs of this Complaint as if fully set forth herein.

38.     Defendant's conduct in making false and defamatory statements about Plaintiff, as alleged above, was outrageous.

39.     In committing the conducts as alleged above, Defendant intended to cause Plaintiff emotional distress or acted with reckless disregard of the probability that Plaintiff would suffer emotional distress, knowing Plaintiff would see or hear the false and defamatory statements as alleged above.

40.     Plaintiff suffered severe emotional distress.

41.     Defendant's false and defamatory statements were a substantial factor in causing Plaintiff's severe emotional distress.

42.     In doing the acts herein alleged, Defendant acted with oppression, fraud, malice, and in conscious disregard of the rights of Plaintiff, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

**FIFTH CAUSE OF ACTION**

**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

(Against All Defendants)

43.     Plaintiff repeats and re-pleads by reference all prior paragraphs of this Complaint as if fully set forth herein.

44.     Defendant knew or should have known that such false statements could cause extreme emotional distress to Plaintiff.

45.     Defendant engaged in conduct that was the proximate and actual cause of Plaintiff's emotional distress.

**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

–7–

VERIFIED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

## SIXTH CAUSE OF ACTION

### INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

(Against All Defendants)

46.     Plaintiff repeats and re-pleads by reference all prior paragraphs of this Complaint as if fully set forth herein.

47.     Plaintiff has prospective economic relationships with his YouTube channel viewers in the cryto financial industries throughout the counties of Riverside, San Bernardino, Los Angeles, and Orange.

48.     Defendant knew of the existence of and intended to interfere with Plaintiff's prospective business relationships, as it attempted to interfere with Plaintiff's YouTube channel viewers, by falsely representing that a) Plaintiff had purchased traffic on his YouTube channel; b) Plaintiff was falsifying data to boost his subscriber counts on YouTube; c) all comments and traffic on Plaintiff's YouTube channel are fake; and d) that Plaintiff manipulated his YouTube channel metrics, all with the intent to harm Plaintiff financially and disrupt Plaintiff's business relationships with his YouTube channel viewers.

49.     Defendant's representations as alleged in this Complaint suffice as Defamation Per Se, which are violations of *California Civil Code* sections 44, 45, and 46.

50.     As stated previously in this Complaint, as a result of Defendant's conduct and publication of false assertions, Plaintiff has suffered damages in the amount to be proven at trial.

51.     As stated previously in this Complaint, the aforementioned acts of Defendant were willful, oppressive and malicious. Plaintiff is therefore entitled to punitive damages.

52.     As stated previously in this Complaint, Defendant's publications are ongoing; as a result, money damages will not make Plaintiff whole for the injury occasioned by these continuing statements. Unless enjoined by this Court, Plaintiff will suffer great irreparable injury, for which damages would not afford adequate relief, in that they would not completely compensate for the injury to Plaintiff's business reputation and goodwill.

VERIFIED COMPLAINT

**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

**SEVENTH CAUSE OF ACTION**

**INJUNCTIVE RELIEF**

(Against All Defendants)

53.     Plaintiff repeats and re-pleads by reference all prior paragraphs of this Complaint as if fully set forth herein.

54.     Defendant has published false and defamatory statements about Plaintiff in various public forums, including but not limited to the video-sharing platform YouTube.com.

55.     Furthermore, Defendant has made false and defamatory statements about Plaintiff to third parties.

56.     As alleged herein, the statements are false.

57.     The statements have been viewed by over thirty-five thousand (35000) people since made on or about December 7, 2024.

58.     If Defendant is not ordered to cease and desist from making false and defamatory statements about Plaintiff, Plaintiff will continue to suffer injury, as the statements will continue to be seen and will continue to harm Plaintiff's reputation.  In addition, Defendant will continue to make false and defamatory statements about Plaintiff to third parties.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.     For general damages to be proven at trial;

2.     For special damages to be proven at trial;

3.     For presumed damages;

4.     For exemplary and punitive damages to be proven at trial;

5.     For costs of suit incurred herein including reasonable attorney's fees;

6.     For an award of pre-judgment and post-judgment interest;

7.     That the Court issue a permanent injunction requiring Defendant to remove his comments on YouTube.com and other public forums in its entirety;

VERIFIED COMPLAINT

8.   That the Court issue a permanent injunction prohibiting the Defendant from publishing statements accusing Plaintiff of purchasing traffic and falsifying data to boost his YouTube subscriber count, in the future;

9.   That the Court issue a permanent prohibitory injunction against Defendant from making any further false and defamatory statements, oral or written, about Plaintiff;

10.  For any and all other damages and/or other relief requested in connection with any of Plaintiff's causes of action in this Complaint but not specifically requested in this Prayer for Relief; and

11.  For such other and further relief as the Court may deem just and proper.

Dated: December 19, 2024                              **CS LAW GROUP, LLP**

By:    _____/s/ Michael Shen_____
                                                     Michael Shen
                                                     David P. Chow
                                                     Attorneys for Plaintiff

**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

–10–

VERIFIED COMPLAINT

## **VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I have read the foregoing **VERIFIED COMPLAINT** and know its contents.

I am a party to this action. The matters stated in the foregoing document is true and correct of my own knowledge, except as to those matters which are stated on information and belief, and those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Verification was executed on ___December 19th___, 2024

DEREK LEE

VERIFIED COMPLAINT

CS LAW GROUP, LLP
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all claims.

Dated: 12/19/2024                                    CS LAW GROUP, LLP

By: ___/s/ Michael Shen_____
Michael Shen
David P. Chow

Attorneys for Plaintiff

**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

-12-

**Exhibit A**



比特币я力Bitcoin Alex 2 hours ago (edited)

我з讨过 @blockchaindailynews 是傻逼，现在我也是这个观点。你们不用争了，我有说力任何人是傻逼的权利！他是不是傻逼跟你们看不看他视频就是他们关系。他是傻逼不证明你看他视频就是傻逼，你们这帮傻逼为自己的骗子教主辩解了心，你们�netor来骂我，越证明内心扭曲心自己太为辩傻逼。但是你们的行为证明了我翻篇了了你们真真切切的傻逼！傻逼博主帮гол一群傻逼信众，其实挺配的！我已经说了我翻篇了！你们要再…

Read more



**力哥加密货币 Alex Crypto shared:** 有群友私信，说这个傻逼博主高调宣扬 ADA 币，说起始人拿着钱看着世界泡沫、绝绝子！这个傻逼博主说 USDC 是最安全的稳定币，哈哈哈，USDC 脱锚了！大家知道我说的是谁吗?

shared 5 minutes ago



**力哥加密货币 Alex Crypto**
8 hours ago

今天群内朋友分享一个新闻说博主给我看他的视频，没看几分钟就给我恶心坏了，跪舔币安的奴才样，呸！再次刷新我对来自台湾博主的认知，大傻逼了！

👍 8   💬

👍 26   🔁   ↗   💬 4

  

比特币力Bitcoin Alex  shared 1 year ago
有群友私信，说这个傻通主高调宣扬ADA币，Ada币创始人拿着钱看着世界泡起，绝绝子！这个傻逼博主说USDC是最安全的稳定币，哈哈哈，USDC脱锚了！大家知道我说的是谁吗?

比特币力Bitcoin Alex  1 year ago
今天群内朋友分享一个新闻说博主给我看着他的视频，浅看几分钟就给我恶心坏了，跪舔币安的奴才样，呸！再次刷新我对来自台湾博主的认知，大傻逼了！

👍 2   💬

  

· · ·



比特币阿力**Bitcoin Alex**  3 hours ago (edited)

那个傻逼小男人还是有一些孝子贤孙的，来，你们继续狂吠，我一个个拉黑！正好是精准的刷选粉丝了！有一个吹牛把我吹醒了，谎她提现了5000万U了，账户还有5000万，你要是能通过澳娼币赚这么多，你起码需要1000万本金，笑死人不偿命！骗子博主社区聚集的都是傻子，我他么的去打击骗子，傻子门疯狂来咬我！

👍 5    💬    ↗    ▤

· · ·



**比特币阿力Bitcoin Alex** 1 day ago (edited)

周处除三害，Ada 社区多愚民！@blockchaindailynews 是男人来应约！

之前看周处除三害这部电影的时候，还很奇怪，为什么这么低劣的邪教组织竟然能够吸引无数人上当，在我看来是无法理解的。 ···

Read more

👍 15　👎　↗　　💬 7

· · ·



**比特币阿力Bitcoin Alex** 10 hours ago

那个傻逼通过小男人的脑残粉粉或者是他的小号一直来找我这里捣乱，他们的统一口号就是粉丝订阅数说明一切，脑残到你们顶姥姥家了！我刚刚也调查了他的频道，非常确切的数据告诉我，他的频道粉丝和流量都存在造假！所以不值一提，我这里翻篇了，如果我在超市遇到这个傻逼，可能会有后面的故事！大家敬请期待下一季！

👍 1　👎　↗　　💬

...



比特币阿力Bitcoin Alex  15 hours ago (edited)
来，兄弟们，这个Ada 邪教教主@blockchaindailynews 怂的一逼！快速围观！
道發展順利 希望你的區塊鏈日報越來越多人
看 ^_^ 我花十秒用飲料跟你 cheers 你用二十
分鐘錄影片回應 我也不知道該甚麼說 當初也
是你主動提到我的

 7

添加回复…



 @Bitcoinalex · 8分钟前 (修改过)
以为你不是男人呢！我 20 分钟视频都讲
清楚了，而且最近我都没提，你至少三
次阴阳怪气嘲笑我，我没说错吧？你还
有什么不服气，来一场拳击比赛！我来
掏钱，我这一轮赚的比你多，可怜你们
Ada 涨这么少！




...

比特币阿力**Bitcoin Alex** 16 hours ago (edited)

最近来我频道攻击我的大部分是繁体字，不用想也能明白怎么回事，那个傻逼博主评论区清一色花钱买的评论，清一色跪舔和感谢！流量非常不正常，一个假大空不诚实的人，早晚会坑你一波大的！

这个人恶到回复到回复都不敢，一点都不像个男人！整个频道搞传销风格，每天找几十个个带风向，忽悠无...

Read more

👍 4    💬    ↗    ⧉

---

...

比特币阿力**Bitcoin Alex** 16 hours ago

@blockchaindailynews 真不是男人！我滚，恶心，怎成这样子？派水军攻击我的时候的气派哪里去了？得意洋洋小人得恋忘形的样子呢？这样的博主，大家不要关注，带着你们走向归零！

👍 3    💬    ↗    ⧉

---

...

比特币阿力**Bitcoin Alex** 1 day ago (edited)

周处除三害，Ada 社区多愚民！@blockchaindailynews 是男人来应约！

之前看着周处除三害这部电影的时候，还很奇怪，为什么这么低劣的邪教组织竟然能够吸引无数人上当，在我看来是无法理解的。 ...

Read more

👍 15    💬    ↗    ⧉ 7 



比特币阿力**Bitcoin Alex**  shared 1 day ago

有在洛杉矶附近的朋友都可以来做裁判，去拳馆约架是合法的事情！不服就干，别几把酸了吧唧，小人得志！

比特币阿力**Bitcoin Alex**  1 day ago (edited)

有个傻逼博主的脑残粉丝来我这里不知道要得瑟什么？是嫌到财富自由的钱了还是选上总统了？我这里欢迎你来随便看看视频，但是不欢迎你来骂我，你们也不要让我去看那个傻逼的傻逼的视频，他的内容你们看着就行了，还有，你们去传话：我看他就是不顺眼！没错说的就是你 @blockchaindailynews，别墨迹在屏幕后面怂恿你的脑残粉丝引战，我就是看你不顺眼，你要是看个男...
Read more

👍 8  💬  ↗  🔁 3



比特币阿力**Bitcoin Alex**  1 day ago (edited)

有个傻逼博主的脑残粉丝来我这里不知道要得瑟什么？是嫌到财富自由的钱了还是选上总统了？我这里欢迎你来随便看看视频，但是不欢迎你来骂我，你们也不要让我去看那个傻逼的傻逼的视频，他的内容你们看着就行了，还有，你们去传话：我看他就是不顺眼！没错说的就是你 @blockchaindailynews，别墨迹在屏幕后面怂恿你的脑残粉丝引战，我就是看你不顺眼，你要是看个男...
Read more

👍 8  💬  ↗  🔁 3

· · ·

比特币阿力Bitcoin Alex 2 hours ago

兄弟们，我睡了一觉重新来看昨晚上的观点，我没有冲动，非常冷静！那个傻逼道博主就是用小号不停的攻击我，然后他还暴露了一点：他非常看不起大陆同胞，这是典型的吃大陆观众福利，还内心鄙视大陆同胞的表现，既当又立！



区块链日报怂货一枚，小男人不敢应战！本期观频告诉你他…

比特币阿力Bitcoin Alex · 918 views · 12 hours ago

币圈大V怂货一枚，小男人不敢应战！#比特币 比特币阿力是一个专注于加密货币投资和区块链技术的频道，每周都会不定期更新关于加密货币，区块…



**Exhibit B**

Evidence Details

Defamation

1.影片網址Video URL

(https://www.youtube.com/watch?v=_i37m0eww2w)

影片名稱Video name:

区块链日报怂货一枚,小男人不敢应战!本期视频告诉你他的真实面目!

影片字幕段落Video subtitle paragraph:

00:01:03,066 --> 00:01:04,700 那派水军攻击我的时候的

00:01:04,700 --> 00:01:05,666 气派哪里去了

00:01:16,400 --> 00:01:18,333 来我频道攻击的大部分的人呢

00:01:25,333 --> 00:01:27,400 就是这个博主的他的小号啊

00:01:50,733 --> 00:01:52,700 大概率是他自己的一个小号啊

00:01:55,266 --> 00:01:56,866 那这个傻逼博主的评论区

00:01:56,866 --> 00:01:58,600 清一色的花钱买的评论

00:01:58,900 --> 00:02:00,100 清一色的跪舔和感谢

00:02:00,100 --> 00:02:01,200 流量非常不正常

00:03:21,800 --> 00:03:22,966 你一看就是水军嘛

00:03:27,100 --> 00:03:28,666 所以说他的流量呢

00:03:30,500 --> 00:03:32,900 90%以上是买的流量

00:03:49,933 --> 00:03:52,766 他搞的都是一种传销的一种风格

00:05:31,966 --> 00:05:33,333 就是因为你的水军

00:05:33,333 --> 00:05:34,600 或者是你自己的小号

00:09:01,666 --> 00:09:02,533 一个破直播

00:09:02,533 --> 00:09:03,866 问问题还收费啊

00:09:13,000 --> 00:09:14,266 打赏之后他回他

00:09:14,266 --> 00:09:15,733 他才回答你的问题啊

00:15:50,533 --> 00:15:52,700 那这个人十有八九是他的一个小号

00:01:03,066 --> 00:01:04,700 Where was the arrogance when they sent trolls to attack me?

00:01:04,700 --> 00:01:05,666 Where did their boldness go?

00:01:16,400 --> 00:01:18,333 Most of the people attacking my channel...

00:01:25,333 --> 00:01:27,400 are just alternate accounts of this youtuber.

00:01:50,733 --> 00:01:52,700 Most likely, it's one of his own alternate accounts.
00:01:55,266 --> 00:01:56,866 And in the comment section of this stupid blogger...
00:01:56,866 --> 00:01:58,600 all the comments are paid-for comments.
00:01:58,900 --> 00:02:00,100 All the comments are flattering and full of gratitude.
00:02:00,100 --> 00:02:01,200 The traffic is extremely abnormal.
00:03:21,800 --> 00:03:22,966 It's obvious that you're just a troll.
00:03:27,100 --> 00:03:28,666 So, his traffic...
00:03:30,500 --> 00:03:32,900 90% or more of it is purchased traffic.
00:03:49,933 --> 00:03:52,766 What he does is essentially like a pyramid scheme.
00:05:31,966 --> 00:05:33,333 It's because of your trolls.
00:05:33,333 --> 00:05:34,600 Or maybe it's just your alternate accounts.
00:09:01,666 --> 00:09:02,533 A lousy live stream...
00:09:02,533 --> 00:09:03,866 and he even charges to answer questions?
00:09:13,000 --> 00:09:14,266 and after they tip him,
00:09:14,266 --> 00:09:15,733 only then does he answer their questions.
00:15:50,533 --> 00:15:52,700 This person is almost certainly one of his alternate accounts.

2.影片網址Video URL

(https://www.youtube.com/watch?v=W5QfOGw6lnc)

影片名稱Video name:

比特幣十萬之後怎么操作?我的頻道為何沒有起色?公开向這個人约架!

影片字幕段落Video subtitle paragraph:

00:03:17,790 --> 00:03:19,390 我觉得这个邪教会教员啊

00:03:19,390 --> 00:03:22,990 这个成员呼呼喊教主的这个模式真的

00:03:31,230 --> 00:03:34,630 为什么台湾地区的这些人还这么

00:03:34,630 --> 00:03:36,350 容易被这种低劣的骗术

00:03:36,389 --> 00:03:39,230 低劣的这种邪教组织吸引

00:15:55,950 --> 00:15:58,790 然后这个还要还要怂恿你的粉丝

00:15:58,790 --> 00:16:00,030 来我的这个下面来留言

00:16:00,030 --> 00:16:01,350 我不知道是不是你买的水据啊

00:03:17,790 --> 00:03:19,390 I think this cult-like instructor,
00:03:19,390 --> 00:03:22,990 with their followers chanting for the leader, is really...
00:03:31,230 --> 00:03:34,630 Why are people in Taiwan still so...
00:03:34,630 --> 00:03:36,350 easily drawn to such low-level scams,
00:03:36,389 --> 00:03:39,230 these cheap cult organizations?
00:15:55,950 --> 00:15:58,790 And then you even encourage your fans

00:15:58,790 --> 00:16:00,030 to leave comments under my posts.

00:16:00,030 --> 00:16:01,350 I don't know if they're just trolls you paid for.

3.社群網址Community URL

(https://www.youtube.com/@Bitcoinalex/community)

社群留言截圖Community message screenshot

That foolish little man's brain-dead fans, or maybe just his alternate accounts, keep coming here to cause trouble.

Their unified slogan is, "The number of fans and subscribers says it all."

How brainless can you get? Absolutely ridiculous!

I just investigated his channel as well.

Concrete data clearly shows that his channel's followers and traffic are fake!

So it's not even worth mentioning.

I'm done with this for now.

But if I ever run into this fool at a supermarket, there might be a new story to tell!

Stay tuned for the next season, everyone!

4.社群網址Community URL

(https://www.youtube.com/@Bitcoinalex/community)

社群留言截圖Community message screenshot

He's really not a man! Damn, how can he be such a coward?

Where was all that arrogance when he sent trolls to attack me?

What happened to his smug and conceited attitude?

A blogger like this—everyone, don't follow him.

He'll lead you straight to rock bottom!

Threats of Violence

1.影片網址Video URL (https://www.youtube.com/watch?v=W5QfOGw6lnc)

影片名稱Video name:

比特币十万之后怎么操作?我的频道为何没有起色?公开向这个人约架!

影片字幕段落Video subtitle paragraph:

00:08:10,130 --> 00:08:13,370 那么我今天就是冲动的时候我就说像

00:08:13,370 --> 00:08:16,730 这个邪教教主发出约架的挑战啊

00:08:17,170 --> 00:08:20,610 还是生效的那目前我现在想我觉得能够

00:08:20,610 --> 00:08:22,490 解决我们两个之间的问题的话

00:08:22,490 --> 00:08:26,050 那来一场约架我觉得是很有必要的啊

00:10:21,830 --> 00:10:23,710 那如果说你是个爷们啊

00:10:26,580 --> 00:10:28,530 痛痛快快的给我一个回应啊

00:14:03,230 --> 00:14:06,030 那我觉得他肯定不太像个爷们儿啊

00:14:06,030 --> 00:14:07,830 那么如果说真的是能够应战的话

00:14:07,830 --> 00:14:10,630 咱们就是咱们找一个拳击馆美美国

00:14:10,630 --> 00:14:12,390 有合法这种牌照的拳击馆

00:14:20,830 --> 00:14:22,110 这一点很不爷们啊

00:15:45,630 --> 00:15:46,510 咱们就打一架啊

00:15:51,110 --> 00:15:52,870 那么咱们就干一架对吧

00:08:10,130 --> 00:08:13,370 So today, in a moment of impulsiveness, I said something like,
00:08:13,370 --> 00:08:16,730 issuing a challenge to fight to that cult leader.
00:08:17,170 --> 00:08:20,610 And now I think it's still effective. If we're looking for a way
00:08:20,610 --> 00:08:22,490 to resolve the issue between us,
00:08:22,490 --> 00:08:26,050 then having a fight seems very necessary to me.
00:10:21,830 --> 00:10:23,710 If you're a real man,
00:10:26,580 --> 00:10:28,530 then give me a straightforward response.
00:14:03,230 --> 00:14:06,030 I don't think he acts like a real man at all.
00:14:06,030 --> 00:14:07,830 But if he really can accept the challenge,
00:14:07,830 --> 00:14:10,630 then we can find a boxing gym in the U.S.
00:14:10,630 --> 00:14:12,390 one that has a proper license.
00:14:20,830 --> 00:14:22,110 Not accepting is just unmanly.
00:15:45,630 --> 00:15:46,510 Let's have a fight then.
00:15:51,110 --> 00:15:52,870 Let's just go for it, right?

2.影片網址Video URL

(https://www.youtube.com/watch?v=_i37m0eww2w)

影片名稱Video name:

区块链日报怂货一枚,小男人不敢应战!本期视频告诉你他的真实面目!

影片字幕段落Video subtitle paragraph:

00:00:47,600 --> 00:00:49,300 那我是不断的在刺激他

00:00:58,533 --> 00:00:59,400 我刺激了一下他

00:01:00,366 --> 00:01:01,500 真不是个男人啊

00:01:01,500 --> 00:01:03,066 我操这个怂成这个样子

00:07:54,766 --> 00:07:56,500 咱来一场拳击比赛啊

00:09:33,133 --> 00:09:35,200 有没有勇气应战

00:00:47,600 --> 00:00:49,300 I kept provoking him.
00:00:58,533 --> 00:00:59,400 I provoked him again.
00:01:00,366 --> 00:01:01,500 He's really not a man.
00:01:01,500 --> 00:01:03,066 Damn, how can he be such a coward?
00:07:54,766 --> 00:07:56,500 Let's have a boxing match.
00:09:33,133 --> 00:09:35,200 Do you have the courage to accept the challenge?

3.社群網址Community URL

(https://www.youtube.com/@Bitcoinalex/community)

社群留言截圖Community message screenshot

If there are any friends near Los Angeles, you're all welcome to come and be referees.
Going to a boxing gym for a fight is completely legal!
If you're not convinced, then let's fight—stop whining like a sour little coward.
A petty person getting cocky!

Personal Safety Threats

1.影片網址Video URL

(https://www.youtube.com/watch?v=W5QfOGw6lnc)

影片名稱Video name:

比特币十万之后怎么操作?我的频道为何没有起色?公开向这个人约架!

影片字幕段落Video subtitle paragraph:

00:10:28,530 --> 00:10:30,610 那我也知道你大概住在什么区域啊

00:10:34,010 --> 00:10:35,490 这哥们好像也在美国

00:10:36,210 --> 00:10:38,290 然后我就看了一下他那个购物小票

00:10:38,290 --> 00:10:39,730 好像是在chino附近

00:10:39,730 --> 00:10:42,330 chino附近搞不好咱们都见过面

00:10:42,850 --> 00:10:44,490 因为我离那个地方也很近

00:10:28,530 --> 00:10:30,610 I also roughly know the area where you live.
00:10:34,010 --> 00:10:35,490 This guy seems to be in the U.S. too.
00:10:36,210 --> 00:10:38,290 Then I checked one of his shopping receipts,
00:10:38,290 --> 00:10:39,730 and it seems to be near Chino.
00:10:39,730 --> 00:10:42,330 We might have even run into each other around Chino.
00:10:42,850 --> 00:10:44,490 Because I live quite close to that area.

2.社群網址Community URL

(https://www.youtube.com/@Bitcoinalex/community)

社群留言截圖Community message screenshot

That foolish little man's brain-dead fans, or maybe just his alternate accounts, keep coming here to cause trouble.
Their unified slogan is, "The number of fans and subscribers says it all."
How brainless can you get? Absolutely ridiculous!
I just investigated his channel as well.
Concrete data clearly shows that his channel's followers and traffic are fake!
So it's not even worth mentioning.

Personal Insults

1.影片網址Video URL

(https://www.youtube.com/watch?v=W5QfOGw6lnc)

影片名稱Video name:

比特币十万之后怎么操作?我的频道为何没有起色?公开向这个人约架!

影片字幕段落Video subtitle paragraph:

00:08:38,370 --> 00:08:40,130 我只是说这个傻逼博主

00:08:40,130 --> 00:08:43,730 那我只是说你这个叫什么Derek?

00:08:43,730 --> 00:08:44,650 你是傻逼对吧

00:15:47,950 --> 00:15:50,149 那我我我看你就像个傻逼啊

00:08:38,370 --> 00:08:40,130 I'm just saying, this stupid youtuber...
00:08:40,130 --> 00:08:43,730 I'm just saying, what's your name? Derek?
00:08:43,730 --> 00:08:44,650 You're a fool, right?
00:15:47,950 --> 00:15:50,149 In my eyes, you just look like a fool.

2.影片網址Video URL

(https://www.youtube.com/watch?v=_i37m0eww2w)

影片名稱Video name:

区块链日报怂货一枚,小男人不敢应战!本期视频告诉你他的真实面目!

影片字幕段落Video subtitle paragraph:

00:08:06,933 --> 00:08:08,266 承认自己不是男人啊

00:08:08,266 --> 00:08:09,933 这是非常认怂啊

00:08:11,500 --> 00:08:13,500 其实你人家那么怂

00:08:13,500 --> 00:08:15,300 你还你还能去打人家吗

00:08:15,300 --> 00:08:16,566 我觉得这个下不去手了

00:08:49,900 --> 00:08:51,100 不是男人了

00:08:51,100 --> 00:08:52,933 背后叽叽歪歪啊

00:08:53,733 --> 00:08:55,533 而且你还抱着你家儿子

00:08:55,533 --> 00:08:57,566 给你家的儿子啊带来的榜样

00:09:41,800 --> 00:09:43,533 我说真他妈怂

00:15:11,500 --> 00:15:14,100 个人就是那傻逼的一个小号啊

00:08:06,933 --> 00:08:08,266 Admit that you're not a man.
00:08:08,266 --> 00:08:09,933 This is such a cowardly act.
00:08:11,500 --> 00:08:13,500 If someone is this cowardly,
00:08:13,500 --> 00:08:15,300 how could you even bring yourself to hit them?
00:08:15,300 --> 00:08:16,566 I don't think I could do it.
00:08:49,900 --> 00:08:51,100 Not a man.
00:08:51,100 --> 00:08:52,933 Always whining behind someone's back.
00:08:53,733 --> 00:08:55,533 And you're holding your kid,
00:08:55,533 --> 00:08:57,566 setting such an example for your child.
00:09:41,800 --> 00:09:43,533 I'm telling you, what a damn coward.

00:15:11,500 --> 00:15:14,100 This person is just one of that fool's alternate accounts.

3.社群網址Community URL

(https://www.youtube.com/@Bitcoinalex/community)
社群留言截圖Community message screenshot

I've said @blockchaindailynews before that he's a fool, and I still hold that opinion.
You don't need to argue about it—I have the right to call anyone a fool!
Whether he's a fool or not has nothing to do with whether you watch his videos.
Him being a fool doesn't mean that watching his videos makes you a fool.
You fools are exhausting yourselves worrying about your scammer leader.
The more you insult me, the more it proves that you're afraid of being seen as fools.
But your actions clearly show that you are, in fact, genuine fools!
A foolish blogger leading a group of foolish followers—it's actually quite fitting!
I've already said I'm done with this.
If you come to disgust me again, we'll fight this out to the end.
Hey fool,@blockchaindailynews take care of your own foolish crew.
Please, I'm begging you!

Cross-Strait Related Comments

1.影片網址Video URL

(https://www.youtube.com/watch?v=_i37m0eww2w)

影片名稱Video name:

区块链日报怂货一枚,小男人不敢应战!本期视频告诉你他的真实面目!

影片字幕段落Video subtitle paragraph:

00:12:58,766 --> 00:13:00,766 等着习近平来收拾你们吧

00:13:07,800 --> 00:13:09,966 其实啊台湾回归大陆

00:13:10,400 --> 00:13:12,133 你不管承认还是不承认

00:13:12,133 --> 00:13:13,900 但这是大概率的一个事件了

00:13:17,533 --> 00:13:20,066 习近平在2027年之前一定要收复台湾的

00:13:22,933 --> 00:13:24,266 这个川普上台了啊

00:13:25,466 --> 00:13:26,766 川普会把这个事情呢

00:13:26,766 --> 00:13:27,800 就促成了啊

00:14:09,300 --> 00:14:12,066 就是不希望台湾的民主走向灭亡

00:16:11,133 --> 00:16:13,600 那我基本上能给他做一个定性了

00:16:15,600 --> 00:16:17,566 非常瞧不起大陆的同胞

00:12:58,766 --> 00:13:00,766 Just wait for Xi Jinping to deal with you all.

00:13:07,800 --> 00:13:09,966 In truth, Taiwan's return to the mainland...
00:13:10,400 --> 00:13:12,133 whether you admit it or not,
00:13:12,133 --> 00:13:13,900 is highly likely to happen.
00:13:17,533 --> 00:13:20,066 Xi Jinping will definitely reunify Taiwan by 2027.
00:13:22,933 --> 00:13:24,266 And if Trump comes back to power,
00:13:25,466 --> 00:13:26,766 he will facilitate this process.
00:13:26,766 --> 00:13:27,800 He'll make it happen.
00:14:09,300 --> 00:14:12,066 It's just about not wanting Taiwan's democracy to perish.
00:16:11,133 --> 00:16:13,600 I can basically conclude my opinion on him.
00:16:15,600 --> 00:16:17,566 He has great contempt for his mainland compatriots.

**PROOF OF SERVICE**

I am a registered California process server. I am registered and employed in the County of San Mateo, State of California. My registration number is #563. I am over the age of 18 years and not a party to the within action; my business address is: 1660 South Amphlett Blvd. Suite 315, San Mateo, CA 94402. My electronic service address is hkoscarlam@gmail.com.

On October 9, 2025 , I served the foregoing document:

**NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL**

on all interested parties in this action by placing a true copy thereof addressed as follows:

Michael Shen SBN 219860
CS Law Group, LLP
800 S Barranca Ave Ste 238
Covina, CA 91723
Tel.: 888-898-8386
Email: michael@chowshenlaw.com

**[ ] BY MAIL:** I deposited such envelope in the mail at San Mateo, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, all mail is deposited with the U.S. Postal Service on the same day with postage thereon, fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postage meter date is more than one day after date of deposit for mailing in the affidavit.

**[ ] BY PERSONAL SERVICE**: I caused a true and correct copy thereof enclosed in a sealed envelope to be delivered by hand to the above-named addressee(s).

NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

**[X] BY ELECTRONIC TRANSMISSION:** Based on an agreement of the parties to accept service by electronic transmission, I caused said document(s) to be sent to the person(s) at the e-mail address(es) listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT COURIER:** I placed the FedEx package for overnight delivery in a box or location regularly maintained by FedEx at my office or I delivered the package to an authorized courier or driver authorized by FedEx to receive documents. The package was placed in a sealed envelope or package designated by FedEx with deliver fees paid or provided for, addressed as follows:

**[ ] BY FACSIMILE TRANSMISSION:** I caused the above-referenced document to be transmitted to the person(s) set forth in the attached service list, at the facsimile number(s) set forth thereto. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**[ ] (State)** I declare under penalty of perjury, pursuant to the laws of the State of California, that the above is true and correct.

**[X] (Federal)** I declare under penalty of perjury, pursuant to the laws of the United States, that the above is true and correct.

Executed on October 9, 2025.



By:_____

Oscar Lam