JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 25-9701-MWF (RAOx) | Date: January 7, 2026 |
| Title: Derek Lee v. Alex Zhang | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:   Court Reporter:
Rita Sanchez   Not Reported

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:
None Present   None Present

**Proceedings (In Chambers):**   ORDER RE: NOTICE OF PENDENCY OF BANKRUPCTY FOR ALEX ZHANG

The Court is in receipt of Defendant Alex Zhang's "Notice of Suggestion on Pendency of Bankruptcy for Alex Zhang and Notice of Automatic Stay," filed on December 30, 2025. (Docket No. 20). Pursuant to 11 U.S.C. § 362, this action is therefore **STAYED.**

The parties shall file a joint status report every 90 days to apprise the Court of the status of the bankruptcy proceedings, or within 10 days of any final resolution in the pending bankruptcy action, with the first report due no later than **April 8, 2026.**

IT IS SO ORDERED.