Michael Shen (SBN 219860)
*michael@chowshenlaw.com*
David P. Chow (SBN 290398)
*david@chowshenlaw.com*
**CS LAW GROUP, LLP**
800 S. Barranca Avenue, Suite 238
Covina, CA 91723
Telephone: (888) 898-8386
Facsimile: (209) 360-0095

Attorneys for Plaintiff,
Derek Lee aka Blockchain Daily

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Derek Lee aka Blockchain Daily, an individual, <br><br>   Plaintiff, <br><br> v. <br><br> Alex Zhang aka Alex Crypto aka bitcoinalex, an individual; and DOES 1 through 10, inclusive, <br><br>   Defendants. | Case No.: 2:25-cv-09701 MWF (RAOx) <br><br> Before the Hon. Michael W. Fitzgerald, <br> United States District Court Judge <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Action Filed: December 26, 2024 <br> Trial Date: None |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Derek Lee hereby voluntarily dismisses the above-captioned action without prejudice as to all claims and all parties.

No answer or motion for summary judgment has been filed by any Defendant in this action.

Dated: January 9, 2026                  Respectfully submitted,
                                        **CS LAW GROUP, LLP**

                                 By:    /s/ David Chow
                                        MICHAEL SHEN
                                        DAVID P. CHOW
                                        Attorneys for Plaintiff

CS LAW GROUP, LLP
800 S. Barranca Avenue, Suite 238
Covina, CA 91723

**CERTIFICATE OF SERVICE**

*(Derek Lee v. Alex Zhang, et. al.)*
Case No.: 2:25-cv-09701

I, David P. Chow, hereby certify and declare as follows:

1. I am an attorney of record for Derek Lee. My business address is 800 S. Barranca Ave., Suite 238, Covina, CA 91723. I am over the age of eighteen years and not a party to this action.

2. On 1/9/2026, I caused to be electronically filed the foregoing document(s) described below with the Clerk of the United States District Court for the Central District, by using the CM/ECF system. All counsel of record in the case who are registered CM/ECF users will be served via the CM/ECF system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties on the attached Service List were served by mail.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on 1/9/2026 at Covina, California.

          /s/ David P. Chow
          DAVID P. CHOW